# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**NATHANAEL JAMES CARTER JR,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:22–CV–00291–KJM–DMC**

v.

**D. MURPHY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/24/2023**

                                          **Keith Holland**
                                          Clerk of Court

ENTERED: **January 25, 2023**

                                   by: /s/ E. Rodriguez
                                                          Deputy Clerk